UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE MCCLELLON,

               Plaintiff,

   v.

CAPITAL ONE BANK NA, *et al.*,

               Defendants.

Case No. C19-446 RAJ

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 27th day of March, 2019.

                                                    MICHELLE L. PETERSON
                                                  United States Magistrate Judge