THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE MCCLELLON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE BANK, NA, et al.,<br><br>　　　　　Defendants. | Civil Action No. 2:19-cv-00446-RAJ<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS FOR PURPOSES OF APPEAL** |

　　　In response to the June 5, 2020 Referral Notice (Dkt. # 42) from the Ninth Circuit Court of Appeals in this case (Appeal Number 20-35477), this Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous. The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order

　　　Dated this 10th day of June, 2020.

*Richard A. Jones*
─────────────────────────
The Honorable Richard A. Jones
United States District Judge

ORDER - 1